■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONNELL PITTMAN, Appellant. [636 NYS2d 654] —Appeal by the defendant from a judgment of the County Court, Orange County (Byrne, J.), rendered February 2, 1995.

Ordered that the judgment is affirmed *(see, People v Kazepis,* 101 AD2d 816). Balletta, J. P., Rosenblatt, Pizzuto, Joy and Altman, JJ., concur.